FILED
2012 May-14 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**(MIDDLE DIVISION)**

| | | |
|---|---|---|
| **CAMEO SPENDLOVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number** |
| | ) | 4:12-cv-00219-TMP |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, and** | ) | |
| **EXPERIAN INFORMATION** | ) | ***UNOPPOSED*** |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**NOTICE OF SETTLEMENT**
**AND**
**MOTION TO MOOT TELEPHONIC HEARING**
**SET FOR MAY 15, 2012**

---

COMES NOW the Plaintiff, Cameo Spendlove ("Ms. Spendlove"), by and through her undersigned counsel of record, and files her Notice of Settlement and moves the Court to enter an Order mooting the telephonic hearing set for May 15, 2012. As grounds, Ms. Spendlove states as follows:

1. Ms. Spendlove reached a settlement with Defendants Experian Information Solutions, Inc. ("Experian") and Equifax Information Solutions, LLC ("Equifax").

2. A Motion for Dismissal With Prejudice will be forthcoming after the plaintiff receives the settlement monies from Experian and Equifax.

3. The matter is set for a telephonic hearing with the Court on Tuesday, May 15, 2012 at 10:00 A.M. C.S.T. (Doc. 9).

4. Thus, to the extent the hearing set for May 15, 2012 relates to further proceedings in this matter, the hearing is moot.

5. The undersigned has conferred with counsel for Experian and Equifax and said counsel do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays for an order mooting the telephonic hearing set for May 15, 2012, at 10:00 A.M. C.S.T.

Respectfully submitted,

**s/ Micah S. Adkins**
Micah S. Adkins (ASB-8639-I48A)
madkins@bhflegal.com
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone: 205-747-1907
Facsimile: 205-930-9054

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2012, I have filed the foregoing document via the Court's electronic filing system, CM/ECF, which will electronically notify the following counsel of record:

K. Ann Broussard, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

L. Jackson Young, Jr.
Ferguson, Frost, & Dodd, LLC
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

**s/ Micah S. Adkins**
Of Counsel